```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0069--CR (JWS)
                            "USA V TODD H. MAILLELLE"
                             DEF 1.1 MAILLELLE, TODD H.

            Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  07/28/05
              Closed:  NO
   No. of Defendants:  1
       MJ Case Number:
                 AKA:
     Location status:  Other Custody
          Trial date:
          Terminated:  NO
    Needs interpreter: NO
    Counsel of record: F. Richard Curtner
                       Federal Public Defender Agency
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3412
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: David A. Nesbett
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


   Counts re: DEF 1.1 MAILLELLE, TODD H.

   Document         Count    Citation and Description                           Disposition
   _____         _____    _____                           _____

      1 -   1 IND     1      18:922(g)(1), 924(a)(2) FELON IN POSSESSION OF A   Pending
                             FIREARM (F)

      1 -   1 IND     2      18:924(d)(1) CRIMINAL FORFEITURE (F)               Pending
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A05-0069--CR (JWS)
                     "USA V TODD H. MAILLELLE"
```

For all filing dates

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 07/28/05
           Closed: NO
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/28/05 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 07/29/05 | [Re: DEF 1] MDJ Grand Jury Minutes re Indt secret; WOA to be issued, Habeas as Pros to follow; no bail set; def in state custody, Bethel CC; set for arr & notify USM. |
| 3 - 1 | 08/25/05 | [Re: DEF 1] PLF 1 motion (petition) for writ of H/C ad pros. |
| NOTE - 1 | 08/26/05 | Issued: Writ H/C ad pros. |
| 4 - 1 | 08/26/05 | [Re: DEF 1] JWS Order granting motion (petition) for writ of H/C ad pros (3-1). |
| NOTE - 2 | 09/01/05 | [Re: DEF 1] USM Notice of Availability. |
| NOTE - 3 | 09/01/05 | Notation: Proposed Trial Date Setting for Arr to USDJ. |
| 5 - 1 | 09/02/05 | [Re: DEF 1] Financial Affidavit. |
| 6 - 1 | 09/02/05 | [Re: DEF 1] JDR Order of Detention Pending Trial.  CC: USA, FPD, USM, USPO. |
| 7 - 1 | 09/02/05 | [Re: DEF 1] JDR Order regarding preparation for trial; meet and confer 09/09/05; ptms due 09/23/05.  CC: USA, FPD. |
| 8 - 1 | 09/02/05 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] Arraignment on Indictment (held 09/02/05); defendant plead guilty to count 1 of the indictment and denied count 2 of the indictment; R. Curtner appointed; ptms due 09/23/05; meet and confer 09/09/05; fptc 10/17/05 @ 8:30; tbj 10/17/05 @ 9:00 a.m.; defendant's detention continued.  CC: USA, FPD, USM, USPO, Jury Clerk, Judge Sedwick. |
| 9 - 1 | 09/02/05 | [Re: DEF 1] JWS Minute Order re FPTC set for 10/17/05 at 8:30 a.m.; TBJ set for 10/17/05 at 9:00 a.m. cc: USA, FPD, USM, USPO, JC, MJ Roberts |
| 10 - 1 | 09/02/05 | [Re: DEF 1] Return of WOA unexecuted. |
| 11 - 1 | 09/06/05 | DEF 1 Attorney Appearance of R. Curtner (FPD). |
| 12 - 1 | 09/07/05 | USM Return of svc on writ of HC AD PROS executed on 8/31/05. |
| 13 - 1 | 09/09/05 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 14 - 1 | 10/06/05 | DEF 1 Notice of Intent to change plea. |
| 15 - 1 | 10/11/05 | [Re: DEF 1] JWS Minute Order vacating 10/17/05 FPTC & TBJ; PCOP set 10/17/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 16 - 1 | 10/17/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re PCOP (held 10/17/05); def changed plea to guilty on ct 1 of the Indt; IOS set for |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0069--CR (JWS)
                                "USA V TODD H. MAILLELLE"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | 1/3/06 at 8:30 am.  cc: USA, FPD, USM, USPO, Judge Roberts |
| 17 -   1 | 10/18/05 | [Re: DEF 1] PLF 1 motion (Request) for entry of preliminary order of forfeiture. |
| 18 -   1 | 11/02/05 | [Re: DEF 1] JWS Order granting mot (req) for entry of prel ord of forfeiture (17-1). cc: USA, FPD, USM, USPO |