

TIMOTHY M. BURGESS
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A05-0069 CR (JWS) |
| ) | |
| Plaintiff, ) | |
| ) | **NON-OPPOSED MOTION TO** |
| v. ) | **CONTINUE GOVERNMENT'S** |
| ) | **DEADLINE TO FILE** |
| TODD H. MAILLELLE, ) | **SENTENCING** |
| ) | **MEMORANDUM** |
| Defendant. ) | |
| ) | Filed on Shortened Time |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests a extension of time to the close of business Thursday, December 29, 2005, to file its sentencing memorandum. Sentencing for this case is set for Tuesday, January 3, 2006.

20

At the suggestion of counsel for the defendant, the undersigned agreed to consider the defendant's sentencing memorandum prior to writing its own. The defendant's sentencing memorandum was filed near close of business yesterday. The defendant's sentencing memorandum involves the issue of a potential sentencing disparity between other cases handled by this office and this case. The government requests additional time to research those cases before writing its sentencing memorandum.

The government respectfully requests, therefore, that its sentencing memorandum be at the close of business Thursday, December 29, 2005. The undersigned has contacted Mr. Curtner, counsel for the defendant, and he does not oppose this request.

RESPECTFULLY submitted this __28__ day of December, 2005, at Anchorage, Alaska.

TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

DAVID A. NESBETT
Special Assistant U.S. Attorney

I declare under penalty of perjury
that a true and correct copy of the foregoing
was sent to the following counsel of record
on December 28, 2005, via:

    (X) FPD pickup box @ USAO

Rich Curtner
Assistant Federal Public Defender


Executed at Anchorage, Alaska, on December 28, 2005


_____
Legal Assistant
Office of the U.S. Attorney