FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 AM 11: 33

Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD HORACE MAILLELLE,<br><br>Defendant. | Case No. A05-0069 CR (JWS)<br><br>**UNOPPOSED MOTION TO PERMIT TELEPHONIC APPEARANCE OF MR. MAILLELLE'S FAMILY AT IMPOSITION OF SENTENCE**<br>*(Filed on Shortened Time)* |

      Todd Maillelle asks this court for leave to allow the family of Mr. Maillelle to participate telephonically at the imposition of sentence scheduled for January 3, 2006.

      Todd Maillelle's father, Thomas Maillelle, Sr., lives in Graying, Alaska. Thomas Maillelle, Sr., had planned to attend his son's sentencing, but cannot afford to fly to Anchorage to appear in person.

      Thomas Maillelle, Sr., would like to make a short statement to the court at his son's sentencing, and to hear the proceedings. Assistant United States Attorney David Nesbett does not object to Todd Maillelle's family participating by telephone at Todd Maillelle's sentencing hearing.

21

DATED at Anchorage, Alaska this 29th day of December, 2005.

Respectfully submitted,

RICH CURTNER
Federal Defender

Certification:

I certify that on December 29, I hand
I hand delivered a copy of this document to:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue, No. 9, Room 253
Anchorage, AK  99513-7567

U.S. Probation & Pretrial Services
222 W. 7th Avenue, No. 48, Room 168
Anchorage, AK  99513-7562

Lenora L. Roehling

Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TODD HORACE MAILLELLE,<br><br>　　　　　Defendant. | Case No. A05-0069 CR (JWS)<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA　　　　　)
　　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　)

　　　　Rich Curtner, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the attorney appointed to represent defendant in the above-captioned case.

///

///

///

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
RICH CURTNER

SUBSCRIBED and SWORN to before me this 29th day of December, 2005.

*[signature]*
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

2