MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    TODD H. MAILLELLE

THE HONORABLE JOHN W. SEDWICK    CASE NO. A05-0069 CR (JWS)

Deputy Clerk    Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF: ----

for DEFENDANT: ----

PROCEEDINGS: **ORDER FROM CHAMBERS**

The unopposed motion at docket 20 to file sentencing memo late is **GRANTED**.

DATE: December 29, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A05-0069--CR (JWS)   12-29-05

✓ P. CURTNER (PPD)
✓ D. NESBETT (AUSA)

22