LODGED
DEC 2 9 2005

FILED
DEC 2 9 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD HORACE MAILLELLE,<br><br>Defendant. | Case No. A05-0069 CR (JWS)<br><br>ORDER GRANTING TELEPHONIC APPEARANCE OF MR. MAILLELLE'S FAMILY AT IMPOSITION OF SENTENCE |

After due consideration of defendant's motion on shortened time, the motion is GRANTED/~~DENIED~~.

After due consideration of defendant's Unopposed Motion to Permit Telephonic Appearance of Mr. Maillelle's Family at Imposition of Sentence, the motion is GRANTED/~~DENIED~~. Mr. Maillelle's family may participate telephonically at his sentencing on January 3, 2006, at 8:30 a.m., by calling into the court at (907) 677-6227.

DATED this 29th day of December, 2005, in Anchorage, Alaska.

JOHN W. SEDWICK
U.S. DISTRICT JUDGE

A05-0069--CR (JWS)   12-29-05

✓ F. CURTNER (FPD)
✓ D. NESBETT (AUSA)

23