TIMOTHY M. BURGESS
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99507
(907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 4: 11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | NO. A05-0069 CR (JWS) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **GOVERNMENT'S MOTION FOR EVIDENTIARY HEARING AND NOTICE OF POSSIBLE WITNESS** |
| TODD H. MAILLELLE | ) | |
| Defendant. | ) | **FILED ON SHORTENED TIME** |

COMES NOW the United States of America, by and through counsel, and notifies the court and parties pursuant to Local Criminal Rule 32.1(f) that the government has one witnesses who may testify at the defendant's sentencing hearing.

24

As noted in the defendant's sentencing memorandum, the defendant objects to the four level enhancement under U.S.S.G. § 2K2.1(b)(5) for using a firearm to commit the state felony offense of Assault in the Third Degree. As the defendant notes, it is the burden of the government to establish that the defendant committed the offense of Assault in the Third Degree pursuant to Alaska Statute § 11.41.220(a)(1)(A). In order to establish that the defendant committed an assault in the third degree, it may have to call as a witness Alaska State Trooper Spencer. Trooper Spencer is the primary officer involved with investigating the case against the defendant. He would testify as to the eye witness accounts of the facts of the incident as well as the evidence found as it relates to this case. Trooper Spencer is located in Aniak, Alaska. The government requests that Trooper Spencer be allowed to testify by telephone.

Therefore, the government respectfully requests that the court grant the motion for an evidentiary hearing and to allow the witness to testify by telephone.

RESPECTFULLY submitted this 29th, day of December at Anchorage, Alaska.

TIMOTHY M. BURGESS<br>
UNITED STATES ATTORNEY<br>
<br>
/s/ David Nesbett<br>
DAVID A. NESBETT<br>
Special Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 29, 2005, via:

    (X) FPD pickup box in USAO

Rich Curtner
Federal Public Defender


Executed at Anchorage, Alaska, on December 29, 2005.

_____
Legal Assistant
Office of the U.S. Attorney