LODGED
DEC 2 9 2005

FILED
DEC 3 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-069 CR |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING** |
| | ) | **MOTION FOR** |
| vs. | ) | **TELEPHONIC TESTIMONY** |
| | ) | |
| TODD MAILLELLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the motion filed by the United States to allow telephonic testimony at the Imposition of Sentence hearing in the case, IT IS HEREBY ORDERED that the Government's motion be granted/denied.

IT IS SO ORDERED.

DATED this 30th day of December, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE

A05-0069--CR (JWS)   12/30/05
--------------------------------
✓ F. CURTNER (FPD)
✓ D. NESBETT (AUSA)
✓ US MARSHAL
✓ US PROBATION

26