FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 AM 11: 03

Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD HORACE MAILLELLE,<br><br>Defendant. | NO. A05-0069 CR (JWS)<br><br>**MOTION FOR ORDER AUTHORIZING CLERK TO ACCEPT VIDEO CD FOR FILING** (*Filed on Shortened Time*) |

    Todd Maillelle asks this court for an order authorizing the Clerk of Court to accept for filing a video CD to assist the court at the January 3, 2006, sentencing in this matter. The video CD depicts the village of Grayling, Alaska, and is referred to in Mr. Maillelle's sentencing memorandum.

    This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

27

DATED at Anchorage, Alaska this 30th day of December 2005.

Respectfully submitted,

RICH CURTNER
Federal Defender

Certification:

I certify that on December 30 2005,
I hand delivered a copy of this document to:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Scott Kelley
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

Lenora L. Roehling

Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD HORACE MAILLELLE,<br><br>Defendant. | NO. A05-0069 CR (JWS)<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

        Rich Curtner, being first duly sworn upon oath, deposes and says as follows:

        1.     I am the attorney for Todd Horace Maillelle.

        2.     Sentencing in this matter is presently set for January 3, 2006.

        3.     A video CD has been prepared to depict Mr. Maillelle's home village of Grayling, Alaska.

4. A copy of this video CD has been served on the government and on probation.

5. Mr. Maillelle requests that the court review this video CD prior to sentencing as it might view a photograph submitted in aid of sentencing. Mr. Maillelle does not intend to take court time to play the video CD at sentencing.

6. The clerk's office requires an order from the court before accepting a video CD for filing.

7. For these reasons, Mr. Maillelle is asking for an order authorizing the clerk to accept the attached video CD for filing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

RICH CURTNER

SUBSCRIBED AND SWORN to before me this 30th day of December 2005.

Notary Public in and for Alaska
My Commission Expires: 3/14/2007

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

2