

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A05-0069 CR (JWS) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DIRECTING CLERK OF COURT TO ACCEPT VIDEO CD FOR FILING** |
| TODD HORACE MAILLELLE, | |
| Defendant. | |

On consideration of the defendant's motion, that a video CD be accepted by the Clerk of Court for filing;

It is hereby ordered that the motion is GRANTED. The Clerk of Court is directed to accept the video CD for filing.

DATED this 30th day of December 2005, in Anchorage, Alaska.

JOHN W. SEDWICK
U.S. DISTRICT JUDGE

A05-0069--CR (JWS)   12-30-05
F. CURTNER (FPD)
D. NESBETT (AUSA)

28